UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2645(DSD/JMM)

West Licensing Corporation and
West Publishing Corporation
d/b/a West Group,

Plaintiffs,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Eastlaw, LLC, Regscan, Inc.
and Allen E. Ertel,

Defendants.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Patent List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: December 7, 2000

David S. Doty, Judge
U.S. District Court

(2)

FILED 12-7-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials JR

Date: December 8, 2000 jr

R E C O R D O F D O C K E T T E X T

0:00-cv-02645 West Licensing Corp v. West Publishing Corp

DOCKET ENTRY

DISQUALIFICATION AND ORDER FOR REASSIGNMENT (Judge David S. Doty) reassigned to Judge John R. Tunheim per the patent list, and Case referred to Magistrate Judge Franklin L. Noel 1pg(s) (cc: all counsel)

Hon. John R Tunheim, Judge

THIS NOTICE SENT TO ALL COUNSEL