**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

West Licensing Corporation and West Publishing Corporation d/b/a West Group,

Plaintiffs,

vs.

EastLaw, LLC, RegScan, Inc. and Allen E. Ertel,

Defendants.

**Civil No. 00-2645 (JRT/FLN)**

**STIPULATION AND JOINT MOTION TO EXTEND DATES FOR FILING PRELIMINARY INJUNCTION AND MOTION TO DISMISS PAPERS, WITH PROPOSED ORDER**

WHEREAS, the Court is scheduled to hear argument on the parties' respective preliminary injunction motion and motion to dismiss on March 14, 2001 at 9:30 a.m.; and

WHEREAS, the Court ordered that Defendants' papers for both motions be served by February 23, 2001, Plaintiffs' briefs be served by March 6, 2001, and Defendants' reply brief be served by March 9, 2001; and

WHEREAS, the parties have conferred with respect to briefing schedules on the motions;

WHEREAS, the parties agree that there is good cause to allow the parties to extend by approximately one week their respective deadlines to serve papers;

THEREFORE, THE PARTIES HERETO HEREBY STIPULATE AND JOINTLY MOVE that the Court allow:

Defendants' papers for both motions to be served by March 2, 2001;

Plaintiffs' briefs to be served by March 9, 2001; and

Defendants' reply brief to be served March 12, 2001.

MAR 0 8 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 22, 2001

**LOCKRIDGE GRINDAL NAUEN PLLP**

Eric C. Tostrud (#213548)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
(612) 339-0981 (FAX)

James Rittinger
Emiliano Mazlen
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, NY 10169
(212) 818-9200
(212) 818-9609 (FAX)

Attorneys for Plaintiffs

Dated: February 22, 2001

**FAEGRE & BENSON LLP**

John D. French (#31914)
Ann Dunn Wessberg (#25762X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000
(612) 336-3026 (FAX)

Attorneys for Defendants

Upon the foregoing stipulation and joint motion, IT IS HEREBY ORDERED that:

Defendants' papers in both motions shall be served by March 2, 2001;

Plaintiffs' briefs shall be served by March 9, 2001; and

Defendants' reply brief shall be served March 12, 2001.

The hearing on both motions remains scheduled for March 14, 2001 at 9:30 a.m.

BY THE COURT:

3/7/2001

John R. Tunheim
U.S. District Judge

M2:20370733.01

FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612-336-3000
FACSIMILE 612-336-3026

RECEIVED
FEB 23 2001
JOHN R. TUNHEIM

ANN DUNN WESSBERG
awessberg@faegre.com
612/336-3452

February 23, 2001

The Honorable John R. Tunheim
United States District Court
U.S. Courthouse, Suite 13E
300 South Fourth Street
Minneapolis, MN 55415

**BY MESSENGER**

Re: West Licensing Corporation, et al. v. EastLaw, LLC, et al.
Civil No. 00-2645 (JRT/FLN)

Dear Judge Tunheim:

Enclosed for the Court's consideration please find the original of all parties' Stipulation and Joint Motion to Extend Dates for Filing Preliminary Injunction and Motion to Dismiss Papers, with Proposed Order. Although the proposed order changes the briefing schedule, it does not change the hearing date, which remains scheduled for March 14, 2001 at 9:30 a.m.

If the Court finds the motion to be in order, the parties would ask that the Court please enter the proposed Order set forth at page three of the enclosed document.

The Court's attention to and consideration of the parties' joint request is greatly appreciated.

Very truly yours,

Ann Dunn Wessberg

Enclosures

cc: Eric C. Tostrud, Esq.
Allen E. Ertel, Esq.
John D. French, Esq.

M2:20370728.01