UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

West Licensing Corporation
and West Publishing Corporation,

Plaintiffs,

v.

EastLaw, LLC; Regscan, Inc.;
and Allen E. Ertel,

Defendants.

Civil 00-2645 JRT/FLN

ORDER

---

The Court has previously scheduled a settlement conference in the above referenced case for March 22, 2001. The notice of the settlement conference required that all parties attend. Pursuant to that notice, IT IS HEREBY ORDERED that Allen E. Ertel personally attend the settlement conference.

DATED: March 21, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAR 2 1 2001
OSAL, CLERK
DEPUTY CLERK