UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

West Licensing Corporation
and West Publishing Corporation,

Plaintiffs,

v.

EastLaw, LLC; Regscan, Inc.;
and Allen E. Ertel,

Defendants.

Civil 00-2645 JRT/FLN

ORDER

---

On March 15, 2001, in a telephone conference with Judge Tunheim's staff, it was confirmed that a settlement conference was to be held before me on March 22, 2001, at 2:00 PM. On March 16, 2001, I sent out my standard Notice of Settlement Conference which states: "If individuals are parties to this case, they shall be present." On Tuesday, March 21, 2001, I learned for the first time that Allen Ertel, a named defendant, did not plan to attend the settlement conference. I issued an order that he attend. At 2:00 PM, on March 21, 2001, the Settlement Conference was convened. Allen Ertel was not present.

Based upon the foregoing, IT IS HEREBY ORDERED that the settlement conference be reconvened on April 17, 2001, at 9:30 AM. All parties including Allen Ertel are ordered to attend the settlement conference. Defendant Allen Ertel shall personally pay the plaintiffs whatever costs and fees they incurred in attending the March 22, 2001, conference. Plaintiff's counsel

FILED MAR 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

is hereby ordered to submit on or before March 23, 2001, an affidavit setting forth the costs and fees incurred in attending the March 22, 2001, conference.

DATED: March 22, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge