UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

West Licensing Corporation and
West Publishing Corporation,

Plaintiffs,

v.

Eastlaw, LLC; Regscan, Inc.,
and Allen E. Ertel,

Defendants.

Civil 00-2645 JRT/FLN

ORDER

The court previously imposed sanctions against individual defendant Allen Ertel for his failure to appear at the March 22 settlement conference in the above referenced case. The purpose of this order is to quantify the amount of the sanction and to address the request made by Mr. Ertel's lawyer in his letter of March 30, 2001, that the settlement conference now scheduled for April 17, 2001, be cancelled. Based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Allen Ertel personally pay to the plaintiff the sum of $243.75 as a sanction for failing to appear at the settlement conference on March 22, 2001;

2. Allen Ertel's request to cancel the settlement conference now scheduled for April 17, 2001, is DENIED; and

3. The court expresses no view on the validity of Allen Ertel's claim that the court lacks personal jurisdiction over him.

DATED: April 13, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED APR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________