# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

West Licensing Corporation and
West Publishing Corporation, d/b/a West Group

Case No. Civil 00-2645JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Eastlaw, LLC; Regscan, Inc and Allen E. Ertel

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is **GRANTED** and plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**; plaintiffs' motion for preliminary injunction is **DISMISSED WITHOUT PREJUDICE**.

DATE: May 9, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk